IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA ANN MILLER, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 3:12-CV-01813 |
| | : | |
| CAROLYN W. COLVIN, ACTING | : | (Judge Brann) |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant | : | |

ORDER
May 19, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Pamela Ann Miller as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Pamela Ann Miller disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

        BY THE COURT:

        s/ Matthew W. Brann
        Matthew W. Brann
        United States District Judge